**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7595**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

      v.

HASSAAN HAAKIM RASHAAD,

                Defendant – Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Lacy H. Thornburg, District Judge. (3:01-cr-00195-LHT-1)

Submitted: July 27, 2010          Decided: August 4, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hassaan Haakim Rashaad, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hassaan Haakim Rashaad appeals the district court's order denying his motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find the district court did not abuse its discretion in denying the motion. See United States v. Stewart, 595 F.3d 197, 200 (4th Cir. 2010). Accordingly, we affirm the district court's order for the reasons stated there. See United States v. Rashaad, No. 3:01-cr-00195-LHT-1 (W.D.N.C. Aug. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED